# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **MADELINE ORTIZ**, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 3:22-cv-00024-RJC-DSC |
| v. | )<br>) |
| **AMERICAN AIRLINES, INC.**, | )<br>) |
| Defendant. | )<br>) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate to the dismissal of this action with prejudice, with each side to bear her and its own fees and costs.

Dated: March 16, 2023                                             Respectfully submitted,

| | |
|---|---|
| */s/ Alexander C. Kelly* | */s/ Lauren G. Goetzl* |
| Alexander C. Kelly (N.C. Bar No. 49308) | Daniel E. Farrington (*pro hac vice*) |
| The Kirby G. Smith Law Firm, LLC | Fisher & Phillips LLP |
| 111 N. Chestnut St., Suite 200 | 1401 New York Avenue NW, Suite 400 |
| Winston-Salem, NC 27101 | Washington, DC 20005 |
| T: (704) 729-4287 | Tel. (202) 429-3706 |
| F: (877) 352-6253 | Fax (301) 880-5031 |
| ack@kirbygsmith.com | dfarrington@fisherphillips.com |
| | |
| | Lauren G. Goetzl (N.C. Bar No. 55939) |
| | Fisher & Phillips LLP |
| | 227 West Trade Street, Suite 2020 |
| | Charlotte, NC 28202 |
| | Tel. (202) 429-3709 |
| | Fax (301) 880-5031 |
| | lgoetzl@fisherphillips.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 16th day of March, 2023, she caused a true and correct copy of the foregoing JOINT STIPULATION OF DISMISSAL to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

> Alexander C. Kelly
> The Kirby G. Smith Law Firm, LLC
> 111 N. Chestnut St.
> Suite 200
> Winston-Salem, NC 27101
>
> *Attorney for Plaintiff*

>                                              */s/ Lauren G. Goetzl*
>                                              Lauren G. Goetzl